<table>
<tr><td>Leonard Green<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  September 01, 2009

Mr. Damon L. Smith
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

**NOTICE**

Re:  Case No. 09-2109*, In re: Damon Smith*
Originating Case No. : 04-74233

Dear Movant,

   The court received your motion for permission to file a second or successive habeas application for relief under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244.  You have not satisfied the obligations pursuant to Sixth Circuit Rule 22.

   Instructions for filing a motion are attached.  You are required to complete and **return the form only** within thirty days of this notice or an Order will be entered denying your motion for permission to file a second or successive motion.

   If the required documents are not filed, the case will be dismissed. Once dismissed under these circumstances, the case will not be reinstated to this Court's active docket.   The documents are deemed filed once they have been given to prison authorities for mailing and you have satisfied the verification requirements of Federal Rule of Appellate Procedure 25(a)(2)(c).

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015
Fax No. 513-564-7096

cc:  Mr. Joel D. McGormley

Enclosure