STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



**MIKE COX**
ATTORNEY GENERAL

P.O. Box 30217
Lansing, Michigan 48909

October 26, 2009

Louise Schwarber, Case Manager
U.S. Court of Appeals, Sixth Circuit
Potter Stewart US Courthouse
100 East Fifth Street, Room 540
Cincinnati, OH 45202-3988

Dear Clerk:

    Re:    In Re: *Damon Smith*
            USCOA # 09-2109
            AG # 2005008479D

    This is to advise the Court, after review of the request for a second or successive petition and prior habeas pleadings, the Michigan Department of Attorney General, Appellate Division, does not intend to respond to this appeal.

    Thank you for your assistance.

                Sincerely,

                s/<u>Joel D. McGormley</u>

                Assistant Attorney General
                Appellate Division
                (P60211)
                mcgormleyj@michigan.gov
                Phone: (517) 373-4875
                Fax:    (517) 373-4916

JDM:ksm
c: Petitioner

_____
No. 09-2109
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

IN RE: DAMON SMITH,

    Movant,

_____/

**Certificate of Service**

I certify that on October 26, 2009 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

    311644 DAMON SMITH
    KINROSS CORRECTIONAL FACILITY
    16770 SOUTH WATERTOWER DRIVE
    KINCHELOE MI 49788

                              MICHAEL A. COX
                              Attorney General

                              s/<u>Joel D. McGormley</u>

                              Assistant Attorney General
                              Appellate Division
                              P.O. Box 30217
                              Lansing, MI 48909
                              (517) 373-4875
                              (P60211)
                              mcgormleyj@michigan.gov